ACCEPTED
15-24-00117-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/14/2025 9:10 AM
CHRISTOPHER A. PRINE
CLERK

CAUSE NO. 15-24-00117-CV

NARIOCAN ENTERPRISES LLC § In the Fifteenth
d/b/a CANTU'S PHARMACY §

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/14/2025 9:10:50 AM
CHRISTOPHER A. PRINE
Clerk

§
VS. § Court of Appeals
§
THE TEXAS HEALTH AND §
HUMAN SERVICES COMMISSION § Austin

---

## APPELLANT'S AND APPELLEE'S JOINT MOTION TO SUPPLEMENT APPELLATE RECORD AND RESTART BRIEFING DEADLINES

---

Appellant Nariocan Enterprises LLC d/b/a Cantu's Pharmacy ("Nariocan") and Appellee Texas Health and Human Services Commission ("the Commission") file this joint motion to apprise the Court of their need to supplement the appellate record and restart their briefing deadlines.

### ARGUMENT

This appeal stems from a final order granting the Commission's amended plea to the jurisdiction ("the Plea"). On November 7 2024, Nariocan filed its "Plaintiff's Amended Request for Preparation of Reporter's Record," wherein it requested that the court reporter, Michelle Williamson, prepare the transcript for the hearing held on the Plea. Later that same day, Ms. Williamson informed Nariocan's appellate counsel—who was not present at said hearing—that no record had been taken at the July 30, 2024 hearing. EXHIBIT 1. Ms. Williamson then filed with this Court a "Reporter's Record Status Report," wherein she stated that no record was taken.

1

On February 11, 2025, the Commission's trial and appellate counsel, Sherlyn Harper, sent an email to Ms. Williamson asking her to take another look into the existence of a record for the July 30, 2024 hearing. *Id.* Upon conducting another search for the record, Ms. Williamson uncovered said record and notified Ms. Harper, who in turn notified Nariocan's counsel. *Id.* On February 12, 2025, Naricoan (1) made payment to Ms. Williamson for the newly-located record; and (2) again served on Ms. Williamson its request for preparation of reporter's record.

Based on the foregoing facts, Nariocan and the Commission jointly ask the Court to permit supplementation of the appellate record as permitted by Texas Rule of Appellate Procedure 34.6. *See* TEX. R. APP. P. 34.6 (addressing supplementation of reporter's record). The parties also jointly ask that the Court restart the briefing deadlines and afford Nariocan an opportunity to file an amended brief—for Nariocan unknowingly did not have the benefit of a truly complete appellate record at the time it filed its brief on January 24, 2025. *See* TEX. R. APP. P. 38.7 ("A brief may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe."). More specifically, the parties ask (1) that Nariocan be permitted to file an amended brief within fourteen days of the date the Court receives the reporter's record from Ms. Williamson; and (2) that the Commission be permitted to file its brief within thirty days of the date the Court receives Nariocan's amended brief.

**PRAYER**

For the above reasons, Nariocan and the Commission pray that the Court (1) permit supplementation of the appellate record; (2) permit Nariocan to file an amended brief; and (3) restart the briefing deadlines as requested above.

Respectfully submitted,

/s/ **Ricardo Pumarejo Jr.**

Ricardo Pumarejo Jr.
State Bar No. 24056168
ricardo@pumarejolaw.com
PUMAREJO LAW
1606 W. 42nd St.
Austin, TX 78756
p. 512.731.7869
*Counsel for Appellant*

/s/ **Sherlyn Harper**

Sherlyn Harper
State Bar No. 24093716
Assistant Attorney General
Administrative Law Division
OFFICE OF THE TEXAS ATTORNEY
GENERAL
808 Travis Street, #1520
Houston, Texas 77002
Telephone: (713) 225-8913
Facsimile: (512) 320-0167
sherlyn.harper@oag.texas.gov
*Counsel for Appellee*

**Ricardo Pumarejo**

---

| | |
|---|---|
| **From:** | Michelle Williamson <Michelle.Williamson@traviscountytx.gov> |
| **Sent:** | Thursday, November 7, 2024 1:43 PM |
| **To:** | Ricardo Pumarejo |
| **Subject:** | Re: Cause No. D-1-GN-24-001103 - Request for Prep of Reporter's Record |

Good afternoon.

There was no record made of the July 30, 2024, hearing in this case before Judge Jan Soifer.

Kind regards,

## Michelle Williamson, CSR
*Official Court Reporter for The Honorable Jan Soifer*
*345th District Court, Travis County*
*Travis County Civil and Family Courts Facility*
*1700 Guadalupe Street, Courtroom 10-C*
*Austin, Texas 78701*
*Telephone: (512) 854-9373*
*Facsimile: (512) 854-4540*
*E-mail: michelle.williamson@traviscountytx.gov*
*Website: https://www.traviscountytx.gov/courts/civil/district/345*



This electronic mail message, including any attachments, may be confidential or privileged under applicable law. This email is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this email, you are notified that any use, dissemination, distribution, copying, disclosure or any other action taken in relation to the content of this email including any attachments is strictly prohibited. If you have received this email in error, please notify the sender immediately and permanently delete the original and any copy of this email, including secure destruction of any printouts.

******ATTACHED TRANSCRIPT NOTICE: By opening the attached PDF file, you understand and agree that this Reporter's Record is for the use of your law office/firm only in the representation of the client(s) that is a party to this suit. No part of this reporter's record may be reproduced, distributed, or transmitted in any form or means including but not limited to photocopying, recording, or any electronic or mechanical method except as required in the transmission to your client or quotations embodied in briefs or motions as may be required in the representation of your client. Any unauthorized copy obtained by an attorney for use in court from anyone other than the official court reporter of the 345th District Court is **NOT** a certified copy.******

***If you received a reporter's record attached to this email, please confirm receipt of the transcript.***

---

**From:** Ricardo Pumarejo <ricardo@pumarejolaw.com>
**Sent:** Thursday, November 7, 2024 11:39 AM

**Exhibit 1**

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

Ms. Williamson,

Today the attached notice of appeal was filed with the Fifteenth Court of Appeals and the attached amended request for preparation of reporter's record was filed with the district clerk's office. I had initially directed my request to the court reporter for the 98th District Court—which is the court assigned to the suit— but I was then advised that my request should go to the court reporter for Judge Soifer, who presided over the hearing for which a transcript is sought.

If you believe that the request for preparation of the reporter's record should be directed to someone else, please let me know. If you will be preparing the reporter's record, then please direct any request for payment to me.

Thank you.

Ricardo Pumarejo
**PUMAREJO LAW**
1606 W. 42nd St.
Austin, TX 78756
p. 512.731.7869
ricardo@pumarejolaw.com

**Ricardo Pumarejo**

| | |
|---|---|
| **From:** | Sherlyn Harper <Sherlyn.Harper@oag.texas.gov> |
| **Sent:** | Wednesday, February 12, 2025 11:24 AM |
| **To:** | Ricardo Pumarejo |
| **Subject:** | FW: D-1-GN-24-001103 |
| **Attachments:** | Invoice 2025-0201 D1GN24001103.pdf |

**From:** Michelle Williamson <Michelle.Williamson@traviscountytx.gov>
**Sent:** Tuesday, February 11, 2025 9:13 PM
**To:** Sherlyn Harper <Sherlyn.Harper@oag.texas.gov>
**Subject:** Re: D-1-GN-24-001103

Ms. Harper,

You are indeed correct. I do have a short record from July 30, 2024. I do apologize for the incorrect information stating no record had been made.

The cost to prepare the transcript is $247.50. Please see invoice attached.

For quicker payment, I am able to accept electronic payments by Zelle for your convenience.

> ***Zelle ID - [michelle.williamson@traviscountytx.gov](mailto:michelle.williamson@traviscountytx.gov)***

Please let me know if there is a deadline to have the Reporter's Record submitted with the 15th Court of Appeals.

Kind regards,

# Michelle Williamson, CSR

*Official Court Reporter for The Honorable Jan Soifer*

*345th District Court, Travis County*

*Travis County Civil and Family Courts Facility*

*1700 Guadalupe Street, Courtroom 10-C*

*Austin, Texas 78701*

*Telephone: (512) 854-9373*

*Facsimile: (512) 854-4540*

*E-mail: michelle.williamson@traviscountytx.gov*

*Website: https://www.traviscountytx.gov/courts/civil/district/345*



This electronic mail message, including any attachments, may be confidential or privileged under applicable law. This email is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this email, you are notified that any use, dissemination, distribution, copying, disclosure or any other action taken in relation to the content of this email including any attachments is strictly prohibited. If you have received this email in error, please notify the sender immediately and permanently delete the original and any copy of this email, including secure destruction of any printouts.

******ATTACHED TRANSCRIPT NOTICE:  By opening the attached PDF file, you understand and agree that this Reporter's Record is for the use of your law office/firm only in the representation of the client(s) that is a party to this suit.  No part of this reporter's record may be reproduced, distributed, or transmitted in any form or means including but not limited to photocopying, recording, or any electronic or mechanical method except as required in the transmission to your client or quotations embodied in briefs or motions as may be required in the representation of your client.  Any unauthorized copy obtained by an attorney for use in court from anyone other than the official court reporter of the 345th District Court is **NOT** a certified copy.******

**\*\*\*If you received a reporter's record attached to this email, please confirm receipt of the transcript.\*\*\***

**From:** Sherlyn Harper <Sherlyn.Harper@oag.texas.gov>
**Sent:** Tuesday, February 11, 2025 1:32 PM
**To:** Michelle Williamson <Michelle.Williamson@traviscountytx.gov>
**Cc:** Catherine Hughes <Catherine.Hughes@oag.texas.gov>; Chandy,Sinty (HHSC) <Sinty.Chandy@hhs.texas.gov>; McGee,Erin (HHSC) <Erin.McGee@hhs.texas.gov>
**Subject:** [CAUTION EXTERNAL] RE: D-1-GN-24-001103

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

You are the absolute best and THANK YOU!

**From:** Michelle Williamson <Michelle.Williamson@traviscountytx.gov>
**Sent:** Tuesday, February 11, 2025 1:07 PM
**To:** Sherlyn Harper <Sherlyn.Harper@oag.texas.gov>
**Cc:** Catherine Hughes <Catherine.Hughes@oag.texas.gov>; Chandy,Sinty (HHSC) <Sinty.Chandy@hhs.texas.gov>;
McGee,Erin (HHSC) <Erin.McGee@hhs.texas.gov>
**Subject:** Re: D-1-GN-24-001103

Good afternoon.

I am currently in the middle of a 2-day family case. I will look to see what I can find this evening and get back with you.

Thank you,

Michelle Williamson

Get Outlook for iOS [urldefense.us]

---

**From:** Sherlyn Harper <Sherlyn.Harper@oag.texas.gov>
**Sent:** Tuesday, February 11, 2025 12:38:09 PM
**To:** Michelle Williamson <Michelle.Williamson@traviscountytx.gov>
**Cc:** Catherine Hughes <Catherine.Hughes@oag.texas.gov>; Chandy,Sinty (HHSC) <Sinty.Chandy@hhs.texas.gov>;
McGee,Erin (HHSC) <Erin.McGee@hhs.texas.gov>
**Subject:** [CAUTION EXTERNAL] D-1-GN-24-001103

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

---

Good Afternoon Ms. Williamson,

I left you a voice message yesterday regarding case D-1-GN-24-001103, *Nariocan Enterprises v. HHSC*. The case is on appeal to the 15 COA. There is an entry in the clerk's record that no record was made for the hearing held on

July 30, 2024.  I recall a record was made on that date.  The reason I recall is because we were reminded to speak slower 😊

Would you be so kind as to look again to see if there is a record from that hearing?  I would really appreciate it and apologize for any trouble this may cause you.  We just want to be sure the appellate court has all of the evidence available.  Thank you so kindly.  Feel free to call me at 512-705-3271

Sherlyn



Sherlyn Harper

Assistant Attorney General

Administrative Law Division

Office of the Attorney General

808 Travis St.

Houston, TX 77002

713-225-8913

Sherlyn.harper@oag.texas.gov

**PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Texas Attorney General.**

This electronic mail message, including any attachments, may be confidential or privileged under applicable law. This email is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this email, you are notified that any use, dissemination, distribution, copying, disclosure or any other action taken in relation to the content of this email including any attachments is strictly prohibited. If you have received this email in error, please notify the sender immediately and permanently delete the original and any copy of this email, including secure destruction of any printouts.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ricardo Pumarejo on behalf of Ricardo Pumarejo
Bar No. 24056168
ricardo@pumarejolaw.com
Envelope ID: 97381945
Filing Code Description: Motion
Filing Description:
Status as of 2/14/2025 9:44 AM CST

Associated Case Party: Nariocan Enterprises LLC d/b/a Cantu's Pharmacy

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Miguel Pruneda | 24025601 | michael@michaelpruneda.com | 2/14/2025 9:10:50 AM | SENT |
| Ricardo Pumarejo | | ricardo@pumarejolaw.com | 2/14/2025 9:10:50 AM | SENT |

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tiffani Collins | 24067550 | Tiffani.Collins@oag.texas.gov | 2/14/2025 9:10:50 AM | SENT |
| Sherlyn Harper | 24093176 | sherlyn.harper@oag.texas.gov | 2/14/2025 9:10:50 AM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 2/14/2025 9:10:50 AM | SENT |